# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3381 | **DATE** | 4/19/2004 |
| **CASE TITLE** | Mortgage Electronic Reg Systems -v- Guazzo et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff's motion to dismiss is granted. The Judgment of Foreclosure and Sale entered December 1, 2003 is vacated with fees waived. This matter is dismissed.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | date docketed | |
| ✓ | Docketing to mail notices. | | U.S. DISTRICT COURT CLERK | | 10 |
| | Mail AO 450 form. | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 2004 APR 19 PM 4:37 | | |
| | SCT | courtroom deputy's initials | | date mailed notice | |
| | | | Date/time received in central Clerk's Office | mailing deputy initials | |

Fisher And Fisher
File # 55338

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Mortgage Electronic Registration Systems, )
Inc. )
Plaintiff ) NO. 03 C 3381
VS. ) Judge Kocoras
Robert Guazzo, Jr. a/k/a Robert Guazzo, )
Sandra Guazzo, )
McCann Construction Specialties Co.
Defendant

APR 2 0 2004

### ORDER

This matter coming to be heard on Motion of the Plaintiff for the entry of an Order vacating the Judgment of Foreclosure and Sale heretofore entered and dismissing this action, all delinquencies, costs and fees having been paid and all issues of controversy having been settled, the Court being fully advised;

IT IS ORDERED that the Judgment of Foreclosure and Sale heretofore entered December 1, 2003 by this Court is hereby vacated with fees waived.

IT IS FURTHER ORDERED that this matter is dismissed.

Dated: APR 1 9 2004        ENTER: Charles P. Kocoras
                                    JUDGE

FISHER AND FISHER
ATTORNEYS AT LAW, P.C.
120 NORTH LASALLE STREET
SUITE 2520
CHICAGO, ILLINOIS 60602
(773) 854-8055

